IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHEN,

        Plaintiff,                      No. CIV S-07-1780 WBS GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and, pursuant to the order, filed on September 17, 2007, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, although he has paid the filing fee in full. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The court will accept plaintiff's declaration under penalty of perjury that he has about $2.00 in his trust account and that he is at this time unable to provide a certificate from the institution's trust office because his account has been closed due to his impending out-of-state transfer and will find that plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. No further filing fee will be assessed because the $350.00 statutory filing fee has been paid in

1

full.

In the September 17, 2007, order, the court found that the complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted, but the filing fee has been paid in full and no further fee will be assessed.

2. Service is appropriate for the following defendants:  James Tilton, D. K. Sisto, and Johnathan Stubbs.

3. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 30, 2007.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Four copies of the endorsed complaint filed August 30, 2007.

5. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:10/15/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
chen1780.1

||||
|---|---|---|
|1| | |
|2| | |
|3| | |
|4| | |
|5| | |
|6| | |
|7| | |
|8| IN THE UNITED STATES DISTRICT COURT | |
|9| FOR THE EASTERN DISTRICT OF CALIFORNIA | |
|10| MICHAEL CHEN, | |
|11| Plaintiff, | No. CIV S-07-1780 WBS GGH P |
|12| vs. | |
|13| JAMES TILTON, et al., | |
|14| Defendants. | NOTICE OF SUBMISSION |
|15| _____/ | OF DOCUMENTS |

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__    completed summons form

     __3__    completed USM-285 forms

     __4__    copies of the _August 30, 2007_ Complaint

DATED:

_____
Plaintiff