IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHEN,

     Plaintiff,                      No. CIV S-07-1780 WBS GGH P

    vs.

JAMES TILTON, et al.,

     Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis who seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed on October 15, 2007, plaintiff was granted leave to proceed in forma pauperis with the caveat that no further filing fee would be assessed as it had been paid in full. The court had previously found that the August 30, 2007, complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). In the October 15, 2007, Order, the court found service appropriate for defendants James Tilton, D. K. Sisto, and Johnathan Stubbs and directed that plaintiff be provided with the requisite forms for the court to direct service of the complaint.

        By request, filed on December 19, 2007, plaintiff informed the court that he had been involuntarily transferred to a prison facility in Mississippi "by proclamation of the Governor." He seeks 60 days leave to amend his complaint to add the governor as a defendant

1

as well as additional facts in support of his claims.[1]

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a).

Accordingly, IT IS ORDERED that:

1. Plaintiff's December 19, 2007, request for leave to amend his complaint is granted and plaintiff must file his amended complaint within 60 days of the date of this order; failure to do so will result in this matter proceeding on plaintiff's original complaint; and

2. Plaintiff's December 19, 2007, request to be allowed to proceed in forma pauperis is denied as moot, in light of the fact that plaintiff has already been granted in forma pauperis status.

DATED: 01/16/08                                    /s/ Gregory G. Hollows
                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
chen1780.amd

---

[1] He also asks that he be granted in forma pauperis status; however, as noted, he has already been granted that status.