IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHEN,

    Plaintiff,                       No. CIV S-07-1780 WBS GGH P

    vs.

JAMES TILTON, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis who seeks relief pursuant to 42 U.S.C. § 1983. By <u>Order</u>, filed on September 17, 2007, the court found that the August 30, 2007, complaint stated a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against the defendants. By <u>Order</u>, filed on October 15, 2007, plaintiff was granted leave to proceed in forma pauperis with the caveat that no further filing fee would be assessed as it had been paid in full; having found service appropriate for defendants James Tilton, D. K. Sisto, and Johnathan Stubbs, the undersigned directed that plaintiff be provided with the requisite forms for the court to direct service of the complaint.

        However, by <u>Order</u>, filed on January 16, 2008, the court granted plaintiff's December 19, 2007, request for leave to amend his complaint, within 60 days, to add the governor as a defendant, as plaintiff stated that he had been involuntarily transferred to a prison

1

facility in Mississippi "by proclamation of the Governor."  However, plaintiff has not filed an amended complaint and the time for doing so has expired.  The court will re-direct plaintiff to provide the appropriate forms for service of the original complaint.

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: James Tilton, D. K. Sisto, and Johnathan Stubbs.

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 30, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Four (4) copies of the endorsed complaint filed August 30, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 06/24/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
chen1780.1(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHEN,

        Plaintiff,                     No. CIV S-07-1780 WBS GGH P

   vs.

JAMES TILTON, et al.,

        Defendants.                NOTICE OF SUBMISSION

_____/       OF DOCUMENTS

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _1_     completed summons form

     _3_     completed USM-285 forms

     _4_     copies of the _August 30, 2007_ Complaint

DATED:

_____
Plaintiff